**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-four.

Furnishare Inc.,

    Plaintiff - Appellee,

v.

Travelers Property Casualty Company of America, The Travelers Indemnity Company of Connecticut,

    Defendants-Cross-Defendants-Cross-Claimants-Appellants,

v.

State Farm Fire And Casualty Company,

    Defendant-Cross-Claimant-Cross-Defendant-Appellee.

**ORDER**
Docket No. 23-958

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/12/2024